JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sierra Strausser

### DEFENDANTS
Taco Bell of America, LLC, A Foreign Limited Liability Company

**(b)** County of Residence of First Listed Plaintiff    Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brian L. Fantich
Law Office of Kelman & Fantich
30903 Northwestern #270, Farmington, MI 48334
(248) 855-3557

Attorneys *(If Known)*
John M. McManus
McManus Law, PLLC
117 W. 4th Street, Suite 201, Royal Oak, MI 48067
(248) 268-8989

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | **LABOR** | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1441, 1446(b).
Brief description of cause:
Removal

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Sheila Ann Gibson
DOCKET NUMBER   22-000755-NO

DATE
February 22, 2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?        ☐ Yes

                                                                            ■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.          Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other     ☐ Yes
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same   ■ No
or related parties are present and the cases arise out of the same
transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIERRA STRAUSSER,

     Plaintiff,

                              Wayne County Circuit Court
v.                          Case No.:  22-000755-NO

TACO BELL OF AMERICA, LLC,     CASE NO.:
A Foreign Limited Liability Company

     Defendant.

_____/

BRIAN L. FANTICH (60935)        JOHN M. McMANUS (P44102)
Law Office of Kelman & Fantich     McManus Law, PLLC
Attorney for Plaintiffs           Attorney for Defendant, Taco Bell
30903 Northwestern #270       117 W. 4th Street, Suite 201
Farmington Hills, MI 48334      Royal Oak, MI  48067
(248) 855-3557                (248) 268-8989

_____/

### **NOTICE OF REMOVAL**

TO:   JUDGES OF THE UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

     Defendant, Taco Bell of America, LLC, with its principal place of business in Irvine, California, by and through its attorneys, McManus Law, PLLC, hereby provides notice to and petitions this Court pursuant to 28 U.S.C. §§ 1441, 1446 of its intent to remove this cause to the United States District Court for the Eastern District of Michigan, Southern Division, and in support thereof states:

     1.    That on January 20, 2022, an action was commenced against Taco Bell of America, LLC in the Circuit Court for the County of Wayne, State of Michigan entitled:

State of Michigan
In Circuit Court for County of Wayne

Sierra Strausser, Plaintiff,

-vs-

Taco Bell of America, LLC, a
Foreign Limited Liability Company

CASE NO.:  22-000755-NO

2.      That a copy of the Summons and Complaint in the Wayne County Circuit Court action, along with all other process, pleadings and orders issued in this action, are attached hereto and incorporated herein by reference.    The Summons and Complaint were served on Defendant/Petitioner through Defendant's registered agent on January 27, 2022.

3.      That plaintiff is currently, and was at the time of the filing of the Complaint, a citizen of the State of Michigan for purposes of Federal Court jurisdiction.  The incident alleged in the Complaint occurred on February 2, 2019, and the Complaint alleges that plaintiff is a resident of Michigan.

4.      That this action concerns an alleged slip and fall incident which occurred on February 2, 2019 at the Taco Bell restaurant located at 2306 Dix Hwy, City of Lincoln Park, Michigan ("the Taco Bell Restaurant").  At all times relevant hereto, the Taco Bell Restaurant was operated, possessed, controlled, and maintained by Taco Bell of America, LLC.

5.      That defendant Taco Bell of America, LLC ("TBA") is a limited liability company with a principal place of business in Irvine, California.  The sole member of TBA is Yum! Brands, Inc.  Yum! Brands, Inc. is a North Carolina corporation with a principal place of business in Louisville, Kentucky.  Accordingly, TBA is currently and was at the time of the filing of the Complaint a citizen of the States of California and North Carolina and the Commonwealth of Kentucky for purposes of Federal court jurisdiction.

7.      That plaintiff's Complaint alleges that as a result of the alleged incident, she

sustained:

a. severe injuries to back and spine resulting in nerve damage; injuries to left
elbow; diminished extension, flexion, and range of motion; injuries to her head;
headaches, severe vertigo; injuries to her upper and lower extremities, altered gait,
permanent limp, inability to ambulate; decrease in gross and find motor skills,
severe shock, as well as physical pain and suffering, bleeding and permanent
scarring;
b. The requirement of months of intense therapy, which injury is permanent in
nature;
c. Severe humiliation and embarrassment, which is of an ongoing and permanent
nature; d. Loss of full ability to Perform the normal vocational and avocational
activities of life, and which prevent Plaintiff from participating in recreational
activities, which loss is permanent;
f. Past, present and future hospital, medical, and pharmaceutical bills for
treatment and medication; and
g. Severe, frequent and persistent pain which is of a continuing and permanent
nature.

8.      That plaintiff's counsel, to date, has failed to sign a Stipulation for an Order

Capping Damages at $75,000, which was requested by defense counsel.

9.      That pursuant to 28 U.S.C. § 1446(b), Defendant has filed this Notice of Removal

within 30 days of receipt service of plaintiff's Complaint.

10.      That this Honorable Court has original jurisdiction in this cause based on diversity

of citizenship between the Plaintiff and Defendant/Petitioner and an amount in controversy in

excess of $75,000, and removal is therefore proper pursuant to 28 U.S.C. §§ 1441, 1446(b).

WHEREFORE, Defendant/Petitioner prays that the above action now pending against it

in the State of Michigan, Circuit Court for the County of Wayne, be removed to the United

Stated District Court, Eastern District of Michigan, Southern Division.

MCMANUS LAW, PLLC


    /s/ John M. McManus
By:  John M. McManus P44102
Attorney for Defendant
117 W. 4th Street, Suite 201
Royal Oak, MI 48067
(248) 268-8989

Dated: February 22, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIERRA STRAUSSER,

     Plaintiff,

v.

                                         Wayne County Circuit Court
                                         Case No.:  22-000755-NO

TACO BELL OF AMERICA, LLC,         CASE NO.:
A Foreign Limited Liability Company

     Defendant.

_____/

BRIAN L. FANTICH (60935)         JOHN M. McMANUS (P44102)
Law Office of Kelman & Fantich     McManus Law, PLLC
Attorney for Plaintiffs           Attorney for Defendant, Taco Bell
30903 Northwestern #270        117 W. 4ᵗʰ Street, Suite 201
Farmington Hills, MI 48334       Royal Oak, MI  48067
(248) 855-3557                 (248) 268-8989

_____/

### **PROOF OF SERVICE**

     Olivia Dean, being duly sworn, deposes and states that she is employed by McManus

Law, PLLC, and that on the 22ⁿᵈ day of February, 2022, she served Defendant, Taco Bell of

America, LLC's Notice of Removal-Federal Court to the following:

Brian L. Fantich
Law Office of Kelman & Fantich
Attorneys for Plaintiffs
30903 Northwestern #270
Farmington Hills, MI 48334.

<u>/s/ Olivia Dean</u>

Approved, SCAO

| | | |
|---|---|---|
| | Original - Court<br>1st Copy- Defendant | 2nd Copy - Plaintiff<br>3rd Copy -Return |

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>22-000755-NO<br>Hon.Sheila Ann Gibson |
|---|---|---|

Court address : 2 Woodward Ave., Detroit MI 48226    Court telephone no.: 313-224-5207

| Plaintiff's name(s), address(es), and telephone no(s)<br>STRAUSSER, SIERRA | v | Defendant's name(s), address(es), and telephone no(s).<br>TACO BELL OF AMERICA, LLC, a Foreign Limited<br>Liability Company |
|---|---|---|
| **Plaintiff's attorney, bar no., address, and telephone no**<br><br>Brian L. Fantich 60935<br>30903 Northwestern Hwy Ste 270<br>Farmington Hills, MI 48334-3148 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court,

where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    | **SUMMONS** |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>1/20/2022 | Expiration date*<br>4/21/2022 | Court clerk<br>Carlita McMiller |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19)         **SUMMONS**         MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



| SUMMONS |
|---|
| Case No. : **22-000755-NO** |

## PROOF OF SERVICE

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE** | **OR** | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required) |

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
        List all documents served with the Summons and Complaint

_____

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |
| | | | | Title |

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                                                Date

My commission expires: _____  Signature: _____
                                        Date                                    Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                                                    Attachments

_____ on _____
                                                            Day, date, time

_____ on behalf of _____
Signature

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SIERRA STRAUSSER,

          Plaintiff,                  Case No:                -NO

vs.                                         HON.

TACO BELL OF AMERICA, LLC,
A Foreign Limited Liability Company

          Defendant.

_____/

LAW OFFICES OF KELMAN & FANTICH
BRIAN L. FANTICH (P60935)
CARRA J. STOLLER (P64540)
ADAM GANTZ (P58558)
Attorneys for Plaintiff
30903 Northwestern Highway, Suite 270
Farmington Hills, MI 48334
(248) 855-0100
_____/

### **COMPLAINT**

There is no other civil action between these parties arising out of the same transaction or occurrence as
alleged in this complaint pending in this court, nor has any such action been previously filed and dismissed
or transferred after having been assigned to a judge, nor do I know of any other civil actions, nor between
these parties, arising out of the same transaction or occurrence as alleged in this complaint that is ether
pending or was previously field and dismissed, transferred, or otherwise disposed of after having been
assigned to a judge in this Court.

NOW COMES the above-named Plaintiff, SIERRA STRAUSSER, by and through her

attorneys, LAW OFFICES OF KELMAN & FANTICH, and files this Complaint against the

Defendant, and states as follows:

    1.       That Plaintiff is a resident of the City of Detroit, County of Wayne, State of

Michigan.

    2.       That Defendant, TACO BELL OF AMERICA, LLC,  A Foreign Limited Liability

Company, is licensed and doing business located at 2306 Dix Hwy, City of Lincoln Park, County

of Wayne, State of Michigan, with its Resident Agent The Corporation Company, 40600 Ann Arbor

Carlita McMiller    1/20/2022 1:40 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    IN MY OFFICE    22-000755-NO FILED

Rd., Ste. 201, Plymouth, MI 48170.

3.      That the amount in controversy herein exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars exclusive of costs, interest and attorney fees.

4.      That on or about February 2, 2019, the Plaintiff was a business invitee and while on said premises, suddenly and without warning, she slipped and fell on an unnatural accumulation of black ice on Defendant's premises due to Defendant's defective physical structure causing ice to form in an unnatural manner and causing Plaintiff to sustain serious and disabling injuries.

5.      That Defendant is responsible for the active negligence of its employees under the doctrine of respondeat superior and is also liable for the injuries sustained by Plaintiff.

6.      That Defendant under a separate and distinct duty owed to Plaintiff is responsible for the active negligence of its employees and is liable to Plaintiff for the injuries sustained to her.

7.      That Defendants under a separate and distinct duty owed to Plaintiffs Defendants negligently performed their respective obligations-duties to the detriment of Plaintiff under the contract causing severe and disabling injuries giving rise to tort liability.

8.      That Defendants under a separate and distinct duty owed to Plaintiff Defendants through their respective active negligence created a new hazard altering the premises which posed an unreasonable risk of harm to the detriment of Plaintiff causing severe and disabling injuries.

9.      That at the time, place and location aforesaid, it was the duty of the Defendant, by its agents and employees on its behalf, to exercise reasonable care in service activities, and to keep the environment in a reasonably safe condition for Plaintiff and other business invitees in accordance with the laws of the State of Michigan.

10.     That at all times relevant to the within, the Defendant owed a duty to the Plaintiff to remain alert and safely perform its duties and were in a position to best control and prevent the

2

happening of this occurrence.

11.     That notwithstanding Defendant's obligations and in total disregard of said duties,

the Defendant  breached the same by the following acts, including but not limited to:

a.     Failing to properly secure the area in order to prevent Plaintiff from being injured on Defendant's premises. Permitting said dangerous situation to occur in an area where Plaintiff was located, although Defendant knew or, in the exercise of reasonable care and diligence, should have known of the potential hazards thereof;

b.     Permitting a dangerous condition to exist on said premises and allowed and permitted said premises, to remain in an unsafe condition, although Defendant knew, or in the exercise of reasonable care and diligence, should have known it would injure Plaintiff;

c.     Failing to properly train Defendant's employees and secure the area or, in the alternative, to give adequate notice or warning to Plaintiff and other persons lawfully on said premises of the hazards Defendant created although Defendant knew of or, in the exercise of reasonable care and diligence, should have known of the dangers inherent to its actions;

d.     Failing to keep the area where invitees/tenants would walk in a condition fit for its intended and foreseeable use.

e.     Failing to inspect and maintain the physical structures on Defendant's premises which were defective and in turn caused Plaintiff to slip and fall.

12.     .That in the happening of the incident complained of herein, Plaintiff was not guilty

of negligence or comparative negligence but that, as a direct and proximate result of the negligence,

gross negligence, and carelessness of the Defendant by and through its agents and/or employees,

Plaintiff suffered severe personal injuries as follows:

a.     Severe injuries to back and spine resulting in nerve damage; injuries to left elbow; diminished extension, flexion, and range of motion; injuries to her head; headaches, severe vertigo; injuries to her upper and lower extremities, altered gait, permanent limp, inability to ambulate; decrease in gross and find motor skills,  severe shock, as well as physical pain and suffering, bleeding and permanent scarring;

b.     The requirement of months of intense therapy, which injury is permanent in nature;

c.     Severe humiliation and embarrassment, which is of an ongoing and permanent nature;

d.   Loss of full ability to perform the normal vocational and avocational activities of life, and which prevent Plaintiff from participating in recreational activities, which loss is permanent;

f.   Past, present and future hospital, medical, and pharmaceutical bills for treatment and medication;

g.   Severe, frequent and persistent pain which is of a continuing and permanent nature.

13.   That Defendants under a separate and distinct duty owed to Plaintiff Defendant's negligently directed/escorted Plaintiff to a defective area on the premises causing Plaintiff to sustain serious and disabling injuries.

14. That Defendants under a separate and distinct duty failed to direct/escort Plaintiff to a safe hazard free area, thereby causing Plaintiff to sustain serious and disabling injuries.

15. The Defendant through a separate and distinct theory of liability is liable to Plaintiff under the doctrine of res ipsa loquitur which the defendants breached violated.

16.   That in the event that Plaintiff was suffering from any other medical and/or emotional condition then, in that event, Plaintiff claims that those conditions were precipitated, aggravated and/or accelerated by reason of the foregoing incident herein described.

WHEREFORE, Plaintiff prays for Judgment against the Defendant in an amount in excess of Twenty -Five Thousand Dollars ($25,000.00) that Plaintiff may be found to be entitled plus costs, interest and attorney fees so wrongfully sustained.

LAW OFFICES OF KELMAN & FANTICH

DATED:   January 20, 2022

BRIAN L. FANTICH (P60935)
Attorney for Plaintiff

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SIERRA STRAUSSER,

      Plaintiff,

v.                         CASE NO.:  22-000755-NO
                              JUDGE SHEILA ANN GIBSON

TACO BELL OF AMERICA, LLC,
A Foreign Limited Liability Company

      Defendant.

_____/

| BRIAN L. FANTICH (60935) | JOHN M. McMANUS (P44102) |
|---|---|
| Law Office of Kelman & Fantich | McManus Law, PLLC |
| Attorney for Plaintiffs | Attorney for Defendant, |
| 30903 Northwestern #270 | Taco Bell of America, LLC |
| Farmington Hills, MI 48334 | 117 W. 4th Street, Suite 201 |
| (248) 855-3557 | Royal Oak, MI  48067 |
|  | (248) 268-8989 |

_____/

### **APPEARANCE**

      NOW COMES John M. McManus, Esq. of MCMANUS LAW, PLLC, and hereby files

his Appearance as attorney for Defendant, Taco Bell of America LLC, in the above captioned

matter.

                                   Respectfully Submitted,

                                  */s/ John M. McManus*
                                  John M. McManus (P44102)
                                  **MCMANUS LAW, PLLC**
                                  117 W. Fourth St., Ste. 201
                                  Royal Oak, MI 48067
                                  T: (248) 268-8989
                                  F: (248) 284-2131
                                  john@themcmanusfirm.com
Dated:  February 2, 2022             *Attorney for Taco Bell of America LLC*

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SIERRA STRAUSSER,

     Plaintiff,

v.                                                                      CASE NO.:  22-000755-NO
                                                                        JUDGE SHEILA ANN GIBSON
TACO BELL OF AMERICA, LLC,
A Foreign Limited Liability Company

     Defendant.

_____/

| | |
|---|---|
| BRIAN L. FANTICH (60935) | JOHN M. McMANUS (P44102) |
| Law Office of Kelman & Fantich | McManus Law, PLLC |
| Attorney for Plaintiffs | Attorney for Defendant, |
| 30903 Northwestern #270 | Taco Bell of America, LLC |
| Farmington Hills, MI 48334 | 117 W. 4th Street, Suite 201 |
| (248) 855-3557 | Royal Oak, MI  48067 |
| | (248) 268-8989 |

_____/

## **PROOF OF SERVICE**

     Olivia Dean, being duly sworn, deposes and states that she is employed by MCMANUS

LAW, PLLC, and that on the 2rd of February, 2022 she filed an Appearance on behalf of

Defendant, via electronic filing.


__/s/ *Olivia Dean*____
Olivia Dean