UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIERRA STRAUSSER,

    Plaintiff,

v.

TACO BELL OF AMERICA, LLC,
A Foreign Limited Liability Company

    Defendant.

Wayne County Circuit Court
Case No.: 22-000755-NO

CASE NO.:

_____/

BRIAN L. FANTICH (60935)
Law Office of Kelman & Fantich
Attorney for Plaintiffs
30903 Northwestern #270
Farmington Hills, MI 48334
(248) 855-3557

JOHN M. McMANUS (P44102)
McManus Law, PLLC
Attorney for Defendant, Taco Bell
117 W. 4th Street, Suite 201
Royal Oak, MI 48067
(248) 268-8989

_____/

**STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, Defendant, Taco Bell of America, LLC makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation? Yes

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:   YUM! Brands, Inc.

Relationship with Named Party:     Ultimate parent company.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation? No.

2

Date: February 22, 2022                            MCMANUS LAW, PLLC


 /s/ John M. McManus
By:  John M. McManus P44102
Attorney for Defendant
117 W. 4th Street, Suite 201
Royal Oak, MI 48067
(248) 268-8989

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIERRA STRAUSSER,

    Plaintiff,

v.

TACO BELL OF AMERICA, LLC,
A Foreign Limited Liability Company

    Defendant.

Wayne County Circuit Court
Case No.: 22-000755-NO

CASE NO.:

_____/

| BRIAN L. FANTICH (60935) | JOHN M. McMANUS (P44102) |
|---|---|
| Law Office of Kelman & Fantich | McManus Law, PLLC |
| Attorney for Plaintiffs | Attorney for Defendant, Taco Bell |
| 30903 Northwestern #270 | 117 W. 4th Street, Suite 201 |
| Farmington Hills, MI 48334 | Royal Oak, MI 48067 |
| (248) 855-3557 | (248) 268-8989 |

_____/

## PROOF OF SERVICE

Olivia Dean, being duly sworn, deposes and states that she is employed by McManus Law, PLLC, and that on the 22nd day of February, 2022, she served Defendant, Taco Bell of America, LLC's Disclosure of Corporate Interest to the following:

Brian L. Fantich
Law Office of Kelman & Fantich
Attorneys for Plaintiffs
30903 Northwestern #270
Farmington Hills, MI 48334.

/s/ Olivia Dean