UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIERRA STRAUSSER,

    Plaintiff,                                                                    CASE NO.: 2:22-cv-10387
                                                                     Judge Bernard A. Friedman

v.

                                                                       Wayne County Circuit Court
TACO BELL OF AMERICA, LLC,                                     Case No.:  22-000755-NO
A Foreign Limited Liability Company

    Defendant.
_____/

BRIAN L. FANTICH (60935)                           JOHN M. McMANUS (P44102)
Law Office of Kelman & Fantich                    McManus Law, PLLC
Attorney for Plaintiffs                                      Attorney for Defendant, Taco Bell
30903 Northwestern #270                            117 W. 4th Street, Suite 201
Farmington Hills, MI 48334                          Royal Oak, MI  48067
(248) 855-3557                                                (248) 268-8989
_____/

**STIPULATION TO REMAND REMOVED ACTION AND ORDER THEREON**
**TO WAYNE COUNTY CIRCUIT COURT**

    Defendant, Taco Bell of America, LLC ("Defendant") and Plaintiff, Sierra Strausser ("Plaintiff") stipulate as follows:

    1.    That on January 22, 2022, an action was commenced against Defendant in the Circuit Court for the County of Wayne, State of Michigan entitled:

    State of Michigan
    In Circuit Court for County of Wayne

    Sierra Strausser, Plaintiff,

    -vs-

    Taco Bell of America, LLC a
    Foreign Limited Liability Company

    Case No:  22-000755-NO

(hereinafter, the "State Court Action").

2. The Summons and Complaint were served on Defendant through its registered agent on January 27, 2022.

3. On February 22, 2022, the Defendant filed a Notice of Removal of the State Court Action pursuant to 28 U.S.C. §§ 1441, 1446(b).

4. After some discussions, the Parties have stipulated that any damages award in this case, by way of judgment or by verdict, is capped at a maximum of Seventy-Five Thousand Dollars ($75,000).  *See* Stipulation for Order Capping Damage Award at $75,000, attached hereto as Exhibit A.

5. The Parties further stipulate that each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand pursuant to this stipulation and order.

Dated: March 10, 2022

                MCMANUS LAW, PLLC

                */s/ John M. McManus*
                By:  John M. McManus P44102
                Attorney for Defendants
                117 W. 4th Street, Suite 201
                Royal Oak, MI 48067
                (248) 268-8989

                LAW OFFICES OF KELMAN & FANTICH

                */s/ Brian L. Fantich*
                By:   Brian L. Fantich P60935
                Attorney for Plaintiff
                30903 Northwestern Highway, Suite 270
                Farmington Hills, MI 48334
                (248) 855-3557
                *With Consent on 3/10/22*

**<u>ORDER</u>**

On March 10, 2022, the Parties to the above referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed the stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved.

2. Eastern District of Michigan, Southern Division, Case No.: 2:22-cv-10387-BAF-EAS styled *Sierra Strausser, Plaintiff v. Taco Bell of America, LLC, a Foreign Limited Liability Company, Defendant* is hereby remanded to the Circuit Court for the County of Wayne, State of Michigan.

IT IS SO ORDERED

Dated:   March 11, 2022  
         Detroit, Michigan

<u>s/Bernard A. Friedman</u>  
Bernard A. Friedman  
Senior United States District Judge

# EXHIBIT A

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SIERRA STRAUSSER,

    Plaintiff,

v.                                                  CASE NO.: 22-000755-NO
                                                      JUDGE SHEILA ANN GIBSON

TACO BELL OF AMERICA, LLC,
A Foreign Limited Liability Company

    Defendant.

_____/

BRIAN L. FANTICH (60935)                     JOHN M. McMANUS (P44102)
Law Office of Kelman & Fantich                McManus Law, PLLC
Attorney for Plaintiffs                              Attorney for Defendant, Taco Bell
30903 Northwestern #270                       117 W. 4th Street, Suite 201
Farmington Hills, MI 48334                   Royal Oak, MI 48067
(248) 855-3557                                            (248) 268-8989
_____/

## STIPULATION FOR ORDER CAPPING DAMAGE AWARD AT $75,000

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that an Order be entered capping any damage award rendered in this matter, by way of judgment or verdict, to a maximum of $75,000.


/s/Brian L. Fantich                                  /s/John M. McManus
BRIAN L. FANTICH (60935)                   JOHN M. McMANUS (P44102)
Law Office of Kelman & Fantich                McManus Law, PLLC
Attorney for Plaintiff                                 Attorney for Defendant
30903 Northwestern #270                       117 W. 4th Street, Suite 201
Farmington Hills, MI 48334                   Royal Oak, MI 48067
(248) 855-3557                                            (248) 268-8989
*With consent on 3/10/22*